

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00751-CV

**THE UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**U.S. TRAILER RELOCATORS, LLC**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-TXA-000111-D1
Honorable Elma T. Salinas Ender, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: February 1, 2017

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM